# UNITED STATES BANKRUPTCY COURT
## Eastern District Of Missouri
### Thomas F. Eagleton U.S. Courthouse
### 111 South Tenth Street, Fourth Floor
### St. Louis, MO 63102
### (314) 244–4500

In re

| | |
|---|---|
| **Debtor(s):** | Case No.: 16–46357 –A659 |
| Mark J. Asinger – See below for reported alias information. | Chapter: 13 |
| xxx–xx–3157 | Date Filed: 9/1/16 |
| – See below for reported alias information. | 14 – Day Notice – Individual |
| | Date Converted: |

## ORDER AND NOTICE OF DOCUMENTS DUE AS SET FORTH BELOW

**The following documents were not filed with the voluntary petition or by the date of the order of conversion. They are due within 14 days from the date of filing of the above listed bankruptcy petition or from the date of the order of conversion.**

**NOTICE IS HEREBY GIVEN THAT FAILURE TO TIMELY FILE THE DOCUMENTS NOTED BELOW ☑ OR FILE A WRITTEN REQUEST FOR EXTENSION OF TIME WITHIN THE 14–DAY PERIOD MAY LEAD TO DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING FROM THIS COURT OR MAY LEAD TO OTHER ACTION.**

☐ The Filer incorrectly filed the Non–Individual Form for at least one or more of the documents indicated below. The correct INDIVIDUAL Form MUST be filed.

☐ A Summary of Your Assets and Liabilities and Certain Statistical Information (Form B106Sum)

☐ Schedule A/B: Property (Form B106A/B)

☐ Schedule C: The Property You Claim as Exempt (Form B106C)

☐ Schedule D: Creditors Who Hold Claims Secured by Property (Form B106D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Form B106E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (B106G)

☐ Schedule H: Your Codebtors (Form B106H)

☐ Schedule I: Your Income (Form B106I)

☐ Schedule J: Your Expenses (Form B106J)

☐ Declaration About an Individual Debtor's Schedules (Form B106Dec)

☐ Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (B107)

☐ Attorney Fee Election Form

☑ Chapter 13 Plan with Certificate of Service indicating a copy was mailed to all creditors

☑ A Summary of Your Assets and Liabilities and Certain Statistical Information; All Schedules; Declaration About an Individual Debtor's Schedules; and Your Statement of Financial Affairs for Individuals Filing for Bankruptcy.

☐ Chapter 7 Statement of Your Current Monthly Income and Means–Test Calculation (Form B122A)

☐ Chapter 11 Statement of Your Current Monthly Income (Form B122B)

☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B122C)

☐ Certificate of Credit Counseling – Voluntary Petition was ☐ filed without certificate attached; ☐ filed without sheet explaining exigent circumstances; ☐ filed without Motion for Waiver of Credit Counseling

☐ Voluntary Petition missing a signature – on page . An Amended Petition MUST be filed containing signatures on pages 6 and 8.

☐ Voluntary Petition Form B201 was filed. Voluntary Petition Form B101 MUST be filed as an Amended Petition.

☐ Documents required to be filed pursuant to Local Rule 1019(A)(2)

☐ Matrix and Verification of Matrix in Converted Case, if Creditors are being added (L.R. 1019)

☐ Attorney Compensation Disclosure Statement following conversion (Fed. R. Bankr. P. 2016(b))

☐

**BY THE COURT:**

*Kathy-A Surratt-States*

**U.S. Bankruptcy Judge**

Dated: 9/2/16
St. Louis, Missouri
Rev. 12/15 defind14

**Reported Alias Information:**
Mark J. Asinger –
–